# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–22057–btb</u>
Chapter 13

In re: (Name of Debtor)
    PHIL HAGER (DECEASED)          SALLY HAGER
    7000 PARADISE RD APT 1016      7000 PARADISE RD APT 1016
    LAS VEGAS, NV 89119             LAS VEGAS, NV 89119

Social Security No.:
    xxx–xx–6990                              xxx–xx–7062

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

- ☑      PHIL HAGER (DECEASED)

- ☑      SALLY HAGER

IT IS ORDERED THAT RICK A. YARNALL is discharged as trustee of the estate of the above named debtor(s).

The Chapter 13 case of the above named debtor(s) is closed.

Dated: 3/12/14                                             BY THE COURT

                                                              *Mary A. Schott* (signature)

                                                              Mary A. Schott
                                                              Clerk of the Bankruptcy Court